IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOHN CHRISTOPHER MICKELSON,

        Plaintiff,                ORDER

    v.                            09-cv-003-bbc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

---

    This is an appeal of an adverse decision of the Commissioner of Social Security brought pursuant to 42 U.S.C. § 405(g). On February 3, 2009, this court entered an order allowing plaintiff John Christopher Mickelson to proceed *in forma pauperis* on the condition that he pay half the filing fee, or $175. Plaintiff was directed to pay the fee no later than February 17, 2009 or face possible dismissal of his lawsuit. It is now March 10, 2009 and the court has not received the filing fee or anything from plaintiff explaining why it has not been paid.

    Because dismissal could have severe jurisdictional consequences, the court will not dismiss the case at this time. Instead, I will allow plaintiff one last opportunity to pay the partial filing fee. Plaintiff has until March 23, 2009 to pay the fee. If he does not pay the fee by March 23, 2009, then his case will be dismissed.

    Entered this 10th day of March, 2009.

                              BY THE COURT:

                              /s/

                              STEPHEN L. CROCKER
                              Magistrate Judge